ADAMS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | Case No. 1:00CR470 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| Gerardo Marin, | ) | |
| | ) | |
| Defendant(s). | ) | |

A report and recommendation of Magistrate Judge George J. Limbert has filed in this matter recommending, based upon Defendant's admissions to the supervised release violations, that the Court find Defendant in violation. The Court hereby adopts Magistrate Judge George J. Limbert's Report and Recommendation.

Defendant subsequently signed a waiver of hearing to modify the conditions of his supervised release. The Court accepts the waiver and sentences Defendant to participate in the Home Confinement Program with electronic monitoring for a period of 120 days, to commence no later than 30 days from the date of this order. Defendant is required to remain in his residence unless given permission, in advance, by the Probation Officer to be elsewhere. Defendant may leave his residence to work and receive medical treatment and to attend religious services.. Defendant shall wear an electronic monitoring device, follow electronic monitoring procedures and submit to random drug and alcohol tests as specified by the Probation Officer. Defendant is to pay the cost of Home Confinement with electronic monitoring. Payment is to be

made as directed by the supervising Home Confinement officer.

      IT IS SO ORDERED.

Date: May 2, 2008                      *S/John R. Adams*
                                              John R. Adams
                                              U.S. District Judge